# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BEAUFORT COUNTY, NC , et al.

**(b)** County of Residence of First Listed Plaintiff   BEAUFORT COUNTY, NC

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

See Attached List

## DEFENDANTS

McKinsey and Company, Inc.

County of Residence of First Listed Defendant   New York

Attorneys *(If Known)*   STROOCK & STROOCK & LAVAN LLP
JAMES L. BERNARD
180 Maiden Lane
New York, NY 10038
Telephone: 212.806.5400
Email: jbernard@stroock.com

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government<br>Plaintiff | ☒ 3 Federal Question<br>*(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government<br>Defendant | ☐ 4 Diversity<br>*(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>& Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>Student Loans<br>(Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>Liability<br>☐ 320 Assault, Libel &<br>Slander<br>☐ 330 Federal Employers'<br>Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>Product Liability<br>☐ 360 Other Personal<br>Injury<br>☐ 362 Personal Injury -<br>Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>Product Liability<br>☐ 367 Health Care/<br>Pharmaceutical<br>Personal Injury<br>Product Liability<br>☐ 368 Asbestos Personal<br>Injury Product<br>Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>Property Damage<br>☐ 385 Property Damage<br>Product Liability | ☐ 625 Drug Related Seizure<br>of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>28 USC 157<br>**INTELLECTUAL<br>PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets<br>Act of 2016 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☒ 470 Racketeer Influenced and<br>Corrupt Organizations<br>☐ 480 Consumer Credit<br>(15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer<br>Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>Exchange |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>Accommodations<br>☐ 445 Amer. w/Disabilities -<br>Employment<br>☐ 446 Amer. w/Disabilities -<br>Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>Conditions of<br>Confinement | **LABOR**<br>☐ 710 Fair Labor Standards<br>Act<br>☐ 720 Labor/Management<br>Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>Actions | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>or Defendant)<br>☐ 871 IRS—Third Party<br>26 USC 7609 | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>Act/Review or Appeal of<br>Agency Decision<br>☐ 950 Constitutionality of<br>State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | |
|---|---|---|---|---|
| ☒ 1 Original<br>Proceeding | ☐ 2 Removed from<br>State Court | ☐ 3 Remanded from<br>Appellate Court | ☐ 4 Reinstated or<br>Reopened | ☐ 5 Transferred from<br>Another District<br>*(specify)* |

| | | |
|---|---|---|
| ☐ 6 Multidistrict<br>Litigation -<br>Transfer | ☐ 8 Multidistrict<br>Litigation -<br>Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 1961 et seq.; § 1962 et seq.

Brief description of cause:
Public Nuisance, Civil Conspiracy, and Unjust Enrichment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE   Charles R. Breyer

DOCKET NUMBER   3:21-md-02996

DATE   10/21/2022

s/
Paul D. Coates, NC Bar No.9753

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

## <u>LIST OF PLAINTIFFS' ATTORNEYS</u>

Paul D. Coates
**PINTO, COATES, KYRE & BOWERS, PLLC**
3203 Brassfield Rd.
Greensboro, NC 27410
Tel: 336-282-8848
Fax: 336-282-8409
pcoates@pckb-law.com
N.C. State Bar No. 9753
*Attorney for Bertie County, North Carolina;*
*Columbus County, North Carolina; Cumberland*
*County, North Carolina; Currituck County, North*
*Carolina; Duplin County, North Carolina; Franklin*
*County, North Carolina; Granville County, North*
*Carolina; Lenoir County, North Carolina;*
*Washington County, North Carolina*

Russell W. Budd
J. Burton LeBlanc, IV
Christine C. Mansour
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181
rbudd@baronbudd.com
bleblanc@baronbudd.com
cmansour@baronbudd.com
*Attorneys for Beaufort County, North Carolina;*
*Bertie County, North Carolina; Bladen County, North*
*Carolina; Brunswick County, North Carolina; City of*
*Fayetteville, North Carolina; City of Henderson,*
*North Carolina; City of Jacksonville, North*
*Carolina; City of Wilmington, North Carolina;*
*Columbus County, North Carolina; Craven County,*
*North Carolina; Cumberland County, North*
*Carolina; Currituck County, North Carolina; Dare*
*County, North Carolina; Duplin County, North*
*Carolina; Franklin County, North Carolina;*
*Granville County, North Carolina; Jones County,*
*North Carolina; Lenoir County, North Carolina; New*
*Hanover, North Carolina; Onslow County, North*
*Carolina; Pamlico County, North Carolina;*

James C. Peterson
**HILL, PETERSON, CARPER,**
**BEE & DEITZLER, PLLC**
NorthGate Business Park
500 Tracy Way
Charleston, WV 25311
Tel: 304-345-5667
Fax: 304-345-1519
jcpeterson@hpcbd.com
*Attorney for Beaufort County, North*
*Carolina; Bertie County, North Carolina;*
*Bladen County, North Carolina; Brunswick*
*County, North Carolina; City of Fayetteville,*
*North Carolina; City of Henderson, North*
*Carolina; City of Jacksonville, North*
*Carolina; City of Wilmington, North*
*Carolina; Columbus County, North*
*Carolina; Craven County, North Carolina;*
*Cumberland County, North Carolina;*
*Currituck County, North Carolina; Dare*
*County, North Carolina; Duplin County,*
*North Carolina; Franklin County, North*
*Carolina; Granville County, North Carolina;*
*Jones County, North Carolina; Lenoir*
*County, North Carolina; New Hanover,*
*North Carolina; Onslow County, North*
*Carolina; Pamlico County, North Carolina;*
*Sampson County, North Carolina; Tyrrell*
*County, North Carolina & Washington*
*County, North Carolina*

Mark P. Pifko
**BARON & BUDD, P.C.**
15910 Ventura Blvd #1600
Encino, CA 91436
Tel: 818-839-2333
mpifko@baronbudd.com
*Attorney for Beaufort County, North*
*Carolina; Attorney for Bertie County, North*
*Carolina; Attorney for Bladen County, North*
*Carolina; Brunswick County, North*
*Carolina; City of Fayetteville, North*

*Sampson County, North Carolina; Tyrrell County, North Carolina & Washington County, North Carolina*

Peter J. Mougey
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, MOUGEY, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel: 850-435-7062
Fax: 850-436-6068
pmougey@levinlaw.com
*Attorney for Beaufort County, North Carolina; Bertie County, North Carolina; Bladen County, North Carolina; Brunswick County, North Carolina; City of Fayetteville, North Carolina; City of Henderson, North Carolina; City of Jacksonville, North Carolina; City of Wilmington, North Carolina; Columbus County, North Carolina; Craven County, North Carolina; Cumberland County, North Carolina; Currituck County, North Carolina; Dare County, North Carolina; Duplin County, North Carolina; Franklin County, North Carolina; Granville County, North Carolina; Jones County, North Carolina; Lenoir County, North Carolina; New Hanover, North Carolina; Onslow County, North Carolina; Pamlico County, North Carolina; Sampson County, North Carolina; Tyrrell County, North Carolina & Washington County, North Carolina*

Anthony J. Majestro
**POWELL & MAJESTRO P.L.L.C.**
405 Capitol Street
Suite P-1200
Charleston, WV 25301
Tel: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com
*Attorney for Beaufort County, North Carolina; Bertie County, North Carolina; Bladen County, North Carolina; Brunswick County, North Carolina; City of Fayetteville, North Carolina; City of Henderson, North Carolina; City of Jacksonville, North Carolina; City of Wilmington, North Carolina; Columbus County, North Carolina; Craven County, North Carolina; City of Henderson, North Carolina; City of Jacksonville, North Carolina; City of Wilmington, North Carolina; Columbus County, North Carolina; Craven County, North Carolina; Cumberland County, North Carolina; Currituck County, North Carolina; Dare County, North Carolina; Duplin County, North Carolina; Franklin County, North Carolina; Granville County, North Carolina; Jones County, North Carolina; Lenoir County, North Carolina; New Hanover, North Carolina; Onslow County, North Carolina; Pamlico County, North Carolina; Sampson County, North Carolina; Tyrrell County, North Carolina; & Washington County, North Carolina*

Michael J. Fuller, Jr.
Paul T. Farrell, Jr.,
**FARRELL & FULLER LLC**
1311 Ponce de Leon Ave., Suite 202
San Juan, PR 00907
Tel: 304-654-8281
mike@farrellfuller.com
paul@farrellfuller.com
*Attorneys for Beaufort County, North Carolina; Bertie County, North Carolina; Bladen County, North Carolina; Brunswick County, North Carolina; City of Fayetteville, North Carolina; City of Henderson, North Carolina; City of Jacksonville, North Carolina; City of Wilmington, North Carolina; Columbus County, North Carolina; Craven County, North Carolina; Cumberland County, North Carolina; Currituck County, North Carolina; Dare County, North Carolina; Duplin County, North Carolina; Franklin County, North Carolina; Granville County, North Carolina; Jones County, North Carolina; Lenoir County, North Carolina; New Hanover, North Carolina; Onslow County, North Carolina; Pamlico County, North Carolina; Sampson County, North Carolina; Tyrrell*

North Carolina; Cumberland County, North Carolina; Currituck County, North Carolina; Dare County, North Carolina; Duplin County, North Carolina;  Franklin County, North Carolina; Granville County, North Carolina; Jones County, North Carolina; Lenoir County, North Carolina; New Hanover, North Carolina; Onslow County, North Carolina; Pamlico County, North Carolina; Sampson County, North Carolina; Tyrrell County, North Carolina & Washington County, North Carolina

A. Charles Ellis, N.C. Bar No. 10865
**WARD AND SMITH, P.A.**
P.O. Box 8088
Greenville, NC 27835-8088
Tel: 252-215-4007
Fax: 252-215-4077
ace@wardandsmith.com
*Attorney for Beaufort County, North Carolina; City of Fayetteville, North Carolina; City of Jacksonville, North Carolina; Craven County, North Carolina; Jones County, North Carolina; Onslow County, North Carolina; Pamlico County, North Carolina; Tyrrell County, North Carolina*

Donald R. Vaughan, N.C. Bar No. 10206
**DONALD R. VAUGHAN AND ASSOCIATES**
612 W. Friendly Avenue
Greensboro, NC 27401
Tel:  336-273-1415
Fax: 336-273-1445
Don.vaughn@vaughnlaw.com
*Attorney for Bertie County, North Carolina; Columbus County, North Carolina; Cumberland County, North Carolina; Currituck County, North Carolina; Duplin County, North Carolina; Franklin County, North Carolina; Granville County, North Carolina; Lenoir County, North Carolina; Washington County, North Carolina*

William O. Richardson, N.C. Bar No. 9433
**THE RICHARDSON FIRM, PLLC**
4200 Morgantown Road, Suite150
Fayetteville, NC 28314
Tel: 910-488-5050
Fax: 910-339-4373

County, North Carolina & Washington County, North Carolina

Harold Seagle, N.C. Bar No. 8017
**SEAGLE LAW**
P.O. Box 15307
Asheville, NC 28813
Tel: 828-545-7777
Fax: 828-774-5701
haroldseagle@charter.net
*Attorney for Beaufort County, North Carolina; Bertie County, North Carolina; Brunswick County, North Carolina; City of Fayetteville, North Carolina; City of Jacksonville, North Carolina; City of Wilmington, North Carolina; Craven County, North Carolina; Dare County, North Carolina; Jones County, North Carolina; New Hanover County, North Carolina; Onslow County, North Carolina; Pamlico County, North Carolina; Pasquotank County, North;  Carolina; Sampson County, North Carolina; Tyrrell County, North Carolina*

George B. Daniel, N.C. Bar No. 7081
**GEORGE B. DANIEL, P.A.**
139 E. Main Street
Yanceyville, NC 27379
Tel: 336-694-5473
Fax: 336-694-6601
gdaniel@danielthomaslaw.com
*Attorney for Bertie County, North Carolina; Columbus County, North Carolina; Cumberland County, North Carolina; Franklin County, North Carolina; Granville County, North Carolina*

Cynthia A. Singletary, N.C. Bar No. 13951
**LAW OFFICES OF CYNTHIA SINGLETARY**
P.O. Box 936
Elizabethtown, NC 28337
Tel: 910-862-8870
caslawoffice@embarqmail.com
*Attorney for Bladen County, North Carolina; Columbus County, North Carolina*

billy@therichardsonfirm.com
*Attorney for Bertie County, North Carolina;*
*Cumberland County, North Carolina*

Jason Scott Taylor, N.C. Bar No. 38931
**SCOTT TAYLOR, PLLC**
95 Depot Street
Waynesville, NC 28786-3795
Tel: 828-452-5801
Fax: 828-454-1990
scott@wncjustice.com
*Attorney for Bladen County, North Carolina; City of*
*Henderson, North Carolina; Vance County, North*
*Carolina*

Garry Whitaker, N.C. Bar No. 11144
**GARRY WHITAKER LAW, P. C.**
One North Marshall Street, Ste. 350
Winston-Salem, NC 27101
Tel: 336-777-1195
Fax: 336-777-8906
garrywhitaker@garrywhitakerlaw.com
*Attorney for Currituck County, North Carolina;*
*Lenoir County, North Carolina; Washington County,*
*North Carolina*

R. Jonathan Charleston, N.C. Bar No. 14389
**THE CHARLESTON GROUP**
Post Office Box 1762
Fayetteville, NC 28302
Tel: 910-485-2500
Fax: 910-485-2599
 jcharleston@charlestongroup.com
*Attorney for* the *City of Fayetteville, North Carolina*

Richard Wright, N.C. Bar No. 4866
**WRIGHT, WORLEY, POPE, EKSTER, &**
**MOSS, PLLC**
200 S. Lewis Street
Tabor City, NC 28463
Tel: 910-653-2082
richardwright@wwpemlaw.com
*Attorney for Columbus County, North Carolina*

H. Terry Hutchens, N.C. Bar No. 7812
**HUTCHENS LAW FIRM**
P.O. Box 2505
Fayetteville, NC 28302
Tel: 910-864-6888
terry.hutchens@hutchenslawfirm.com
*Attorney for* the *City of Fayetteville, North*
*Carolina*

Antonio F. Gerald, N.C. Bar No. 39123
**LAW OFFICES OF ANTONIO F.**
**GERALD, PLLC**
137 Person Street, Suite 103
Fayetteville, NC 28301
Tel: 910-483-3321
Fax: 910-483-3955
geraldlawfirm@gmail.com
*Attorney for Cumberland County, North*
*Carolina*

Neal Ellis, N.C. Bar No. 12719
**ELLIS & PARKER, PLLC**
1116 Wagon Ridge Road
Raleigh, NC 27614
Tel: 919-274-1475
nellis@nealellislaw.com
*Attorney for Franklin County, North*
*Carolina*

Thomas L. Currin, N.C. Bar No. 7079
**CURRIN & DUTRA, LLP**
118 Main Street
Oxford, NC 27565
Tel: 919-693 2011
oxfordlawtlc@embarqmail.com
*Attorney for Granville County, North*
*Carolina*